
# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LISA STICKROD, | ) | |
| Petitioner, | ) | 2:11-cv-01430-JCM-GWF |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Respondents have filed a motion for an extension of time to file a response to the petition. (ECF No. 18.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including May 14, 2012, to file a response.

Dated this 9th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE